## 32067. WALLACE v. THE STATE.

TOWNSEND, J. Where there is some evidence to support the verdict, although based upon the testimony of witnesses who contradicted each other, and whose account of the events material to the case are not as feasible as that of the witnesses for the losing party, this court, nevertheless, has no authority to entertain the assignment of error that the verdict is contrary to the evidence, decidedly and strongly against the weight of it, and therefore contrary to law and the principles of justice. There being some evidence to support the verdict, the general grounds of the motion for a new trial are addressed to the discretion of the trial court, and it having been exercised by him, the verdict will not be disturbed by this court. See *Bell Bros.* v. *Aiken,* 1 *Ga. App.* 36 (2) (57 S. E. 104); *Mayor &c. of Gainesville* v. *Henderson,* 12 *Ga. App.* 126 (4) (76 S. E. 1034); *Martin* v. *Bank of Leesburg,* 137 *Ga.* 286 (8) (73 S. E. 387).

The judgment of the trial court overruling the motion for a new trial is without error.

*Judgment affirmed. MacIntyre, P. J., and Gardner, J., concur.*

DECIDED JULY 16, 1948.

*Francis Y. Fife, Sam J. Welsch,* for plaintiff in error.
*H. G. Vandiviere, Solicitor-General,* contra.